UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MARINA MARQUEZ GONZALEZ,<br>on behalf of M.E.,<br><br>      Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | CIVIL ACTION NO.<br>5:09-CV-079-C<br>ECF |

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed a Report and Recommendation on April 29, 2010. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby reversed and remanded to the Commissioner for further administrative proceedings.

Dated June 17, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT